IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MICHAEL P. MCMILLAN,  Defendant. | 4:11CR3139  MEMORANDUM AND ORDER |

Based upon the defendant's criminal history, which includes a history of assaultive behavior:

IT IS ORDERED that defendant's motion for release or for a weekend furlough while he awaits sentencing, (filing no. 44), is denied.

Dated this 27th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge